United States District Court
Central District California

MAY -9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CLERK U.S. DISTRICT COURT

Steven. R. Brewster
CDC#BR5197
            Plaintiff
        V
County of Riverside, et sl.
        Defendants

Case # Requested

EDCV22-795-RSWL(KES)

Injury During trans-
Portation Due to
Physical Disabilities.

1 On Jan 3rd 2022 I was transported
2 to RPDC I only have one Leg An
3 Require Special transportation.
4 I asked about it and was told,
5 "The Bus is the only transoo and
6 had no choice. I was forced to
7 bord hoping and falling all over
8 the plate wile shaeckled at
9 the waist. we arived and I was
10 forced to do it all over agin. I
11 was very sore due to stranueos
12 exeshion from all the hoping
13 and crawling I was being
14 wheeled in the holding cell
15 I turned around to ask the
16 cop a question and before
17 I could finish. I was being
18 slamed in the steal door as I
19 fell to the floor trying with all
20 my strengh to brace for the
21 inpact of the fall, a sargent

2 of 2

28 Seen the end of the fall. Asked
29 his Deputy "how did this happen".
30 The Deputy was not responding
31 well to the Situation & was angry
32 at me yelled at me grabed me by
33 the neck of my Shirt. I simply
34 Stated to him "that he was on camra"
35 another cop comes over and im
36 helped to my chair. I was denied
37 medical attention & was not seen
38 I was injured from being slamed
39 in the door & also when I hit
40 the ground. the cop was not
41 profeshional. Used excessive
42 force. Abuseing his Athority it
43 is all on camra. I want the
44 county to be held acounty to be
45 held acountable for illegal
46 transportation & excessive
47 force. I Seeking moneytary
48 gain.
49
50    Date 5-4-22        sign
                    Steven Brewster
51
52 Steven Brewster
53 CDC# BR5197 / B 3-5-7 Low
54 S.A.T.F.
55 P.O. Box 5248   Corcoran, CA. 93212

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
### *Please Print Clearly (Favor De Escribir Claramente)*

☐Blythe Jail        ☐JBDC        ☐RPDC        ☐ SCF        ☐CBDC

**From** *(Departe De)*: _Webster, Steven R_      _202136435_    _1-5-22_

Name (Last, First, Middle)          Booking Number        Date
*(Apellido, Nombre, Segundo Nombre)*      *(Número de Preso)*      *(Fecha)*

Grievance is about *(Queja)*:  ☐Jail Procedures *(Procedimientos de la Cárcel)*   ☐Jail Conditions *(Condiciones de la Cárcel)*

☐Jail Staff *(Personal de la Carcel)*   ☐Medical *(Medico)*   ☐Mental Health *(Salud Mental)*

☐Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente)*: _1-3-22 Between 8 & 12:00 am_

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

_I was transported to RVC to catch the_
_prison chain. Once we got to the holding cell_
_on camera I was slammed in the door as I_
_fell to the floor. I have one leg. I'm ADA_
_I was in shackles and cuffs to the_
_and I don't know the cops name who slammed me_
_in the door but its on video and I do got hurt_
_and was refused medical_

Inmate Signature: _Steven Webster_

Received by: _____  _____  _____
                Employee Name and ID number          Date        Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____  _____  _____
              Supervisor Name and ID number        Date        Time

Supervisor Findings:
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____  _____  _____  _____
Inmate Signature at completion    Date    Reviewing Deputy        ID Number

**~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
                 Yellow – Facility Commander
                 Pink – Inmate Copy
                 Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)



Steven Brewster
(Dc#BR5197)
C.S.A.T.F.
P.O. box 5248
Corcoran, CA. 93212

CLERK, U.S. DISTRICT COURT
RECEIVED
MAY - 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States courts
County Clearks
Central District
255 E. Temple Street
Los Angles, CA. 90012

SANTA CLARITA CA
5 MAY 2022 PM 2 L
C.S.A PRISON

FIRST-CLASS MAIL
$000.73
01/08/2022 ZIP 94105
043N031219796

US POSTAGE